1  Paul Swen Prior (Nevada Bar #9324)
   Karl O. Riley (Nevada Bar #12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada  89169
   Telephone:  702.784.5200
4  Facsimile:  702.784.5252
   Email:  sprior@swlaw.com
5          kriley@swlaw.com

6  J. Allen Maines  (*Admitted pro hac vice*)
   Cynthia G. Burnside  (*Admitted pro hac vice*)
7  HOLLAND & KNIGHT LLP
   1180 W. Peachtree Street, N .W., Suite 1800
8  Atlanta, Georgia 30309
   Telephone:  404.817.8500
9  Facsimile:  404.881.0470
10 Email:  allen.maines@hklaw.com
           cynthia.burnside@hklaw.com
11

12 *Attorneys for Defendant*
   *The Service Companies, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIANA G. STEFANOVA, an individual; | CASE NO.:  2:16-cv-01973-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| THE SERVICE COMPANIES, INC., a Foreign Corporation, DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Mariana G. Stefanova and Defendant The Service Companies, Inc. have reached a mutually agreeable resolution to all claims.  As such, they hereby give notice that the above

case is dismissed with prejudice, with all fees and costs taxed as set forth in the Confidential Settlement and Release Agreement executed by the parties on or about December 28, 2016.

DATED this 2nd day of February, 2017

HATFIELD & ASSOCIATES, LTD.

By: /s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff*

DATED this 2nd day of February, 2017

SNELL & WILMER LLP

By: /s/ Karl O. Riley
Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200 Tel.
(702) 784-5252 Fax
sprior@swlaw.com
kriley@swlaw.com

J. Allen Maines
GA Bar No. 466575 (*Admitted pro hac vice*)
Cynthia G. Burnside
GA Bar No. 097107 (*Admitted pro hac vice*)
HOLLAND & KNIGHT LLP
1180 W. Peachtree Street, N.W., Suite 1800
Atlanta, Georgia 30309
(404) 817-8500 Tel.
(404) 881-0470 Fax
allen.maines@hklaw.com
cynthia.burnside@hklaw.com

*Attorneys for Defendant*
*The Service Companies, Inc.*

**IT IS SO ORDERED.**

DATED:  February 10, 2017

_____
UNITED STATES DISTRICT JUDGE

25705616

- 2 -